UNITED STATES DISTRICT COURT FILED
MIDDLE DISTRICT OF FLORIDA

2007 SEP 24 PM 2:37

Jonathan Lee Riches©,
Plaintiff

8:07-CV-01730T-17 TBM

V.

THERESA MARIE SCHINDLER SCHIAVO A/K/A TERRI SCHIAVO;
MICHAEL SCHIAVO;
ROBERT SCHINDLER;
MARY SCHINDLER;
JENNY CRAIG WEIGHT LOSS CENTERS INC,
DEFENDANTS

COMPLAINT
"I'M STILL STARVING"
"TRO TEMPORARY RESTRAINING ORDER"

Riches v. Theresa Marie Schindler Schiavo et al                                                                                                     Doc. 1

Comes Now the Plaintiff, Jonathan Lee Riches©, still very hungry, not getting proper nutrition that I'm entitled to, in pro-se, Moves this Honorable Court to issue a TRO Temporary Restraining Order against Defendants, as Defendants are ordering the Bureau of Prisons and FCI Williamsburg to remove all food with nutritional value from Inmates. Plaintiff has a Constitutional right to have this suit heard. Plaintiff also submits to this court documented evidence of a picture of myself at the end of this motion as a exhibit to prove I'm not being fed properly under Defendants direct orders. Plaintiff prays for relief and a UNICEF Food drop.

1

I'm starving, desperate, and hungry. I'm a converted Orthodox Jew since December 25, 2006. Ever since I converted to Judaism, Defendant Michael Schiavo has been doing everything in his power to conspire with

the Bureau of Prisons and FCI Williamsburg to remove food from my stomach and not feed me. Schiavo admitted to me he's anti-semitic, he always writes me with Jewish racial slurs. Michael Schiavo has always had problems with me ever since he accused me of having a Affair with Terri in 1997.

2

I'm so hungry. My ribs speak to me. I compel this court to make Michael Schiavo reestablish proper nutrition and hydration into my body. Defendants are violating my 8th amendment rights under the American with disabilities Act 42 USC 12101. Defendants know the Bureau of Prisons are witholding proper nutrition for myself and other hungry inmates, but they fail to act or speak up. They are Just as guilty as New Orleans Mayor Ray Nagin. Nagin knew Katrina was coming, but didn't help his residents.

I came to the Bureau of Prisons on Feb 25th, 2003 at 170 lbs. Now I weigh 124 lbs at 5ft 10 inches. Defendants are making me poorly groomed, I cry out for food. I have hallucinations of shadows who eat in front of me. I'm not Anorexic, I love to eat, but because Defendant's are telling the Bureau of Prisons not to feed inmates properly, food is scarce. I subject myself to danger everyday by sneaking around the FCI Williamsburg Dining hall looking to take dinner rolls off overweight peoples trays that I know I can run faster from.

3

All of the Defendants are Tax paying citizens. It is there responsibility to know their tax money goes to good use. Their Tax money is going to the Bureau of Prisons who are not feeding myself and inmates properly. Its the Tax payers, and Defendants who are turning a blind eye on me and starving me out in a Modern Day Auschiwitz.

4

Jenny Craig is guilty of mind Manipulation. distorting the publics mind thinking everyone should eat less, reduced fat, etc. When in fact Inmates at FCI Williamsburg are hungry. How many times do I have to say this. I'M STARVING!

Plaintiff moves this Honorable Court to order Defendant's to feed me properly before I die of starvation. Even this writing pen is thicker then my fingers. Defendants are violating the rehabilitation Act of 1973. Also, Plaintiff moves this court to charge Michael Schiavo with neglect and genocide for conspiring to kill Jewish Converts Like myself.

## TRO Temporary Restraining order

Defendant's are telling the warden at FCI Williamsburg not to feed me anything nutritional. We get fed no protein. No fruits. Expired milk. rotten veggies. Mystery meat, all under Defendants orders because I'm Jewish, because I'm accused of taking Terri away from Michael in 1997, because Michael Schiavo told the warden he is trying to save money on taxes. I will stand up for my constitutional rights to be treated humane. Every American who turns a blind eye on the treatment of prisoners is guilty. This treatment is forcing me to do desperate measures. This court would do the same if they were hungry. Noone should subject themselves going to sleep at night cold and hungry. I will speak up about this Armed with the First Amendment. Michael Schiavo is a cruel Man, he killed his own wife, Is this court going to let him kill a Jew.

Respectfully Submitted

Jonathan Lee Riches

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Exhibit