UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN LEE RICHES,

       Plaintiff,

v.                        Case No. 8:07-cv-1730-T-17TBM

THERESA MARIE SCHINDLER SCHIAVO,
MICHAEL SCHIAVO, ROBERT SCHINDLER,
MARY SCHINDLER, JENNY CRAIG WEIGHT
LOSS CENTERS,

       Defendants.

## O R D E R

This matter is before the Court on the Complaint filed by Plaintiff Jonathan Lee Riches, who is currently incarcerated at FCI Williamsburg. The Complaint is frivolous pursuant to 28 U.S.C. § 1915A.

Riches has filed several frivolous law suits in the United States District Court for the Middle District of Florida. As to Riches' filings, one United States District Judge stated:

> It is not clear whether these outlandish pleadings are products of actual mental illness or simply a hobby akin to short story writing. Whatever their origin, and though they are amusing to the average reader, they do nothing more than clog the machinery of justice, interfering with the court's ability to address the needs of the genuinely aggrieved. It is time for them to stop.
>
> The Court notes that riches did not pay the filing fee in either of the cases cited here. Rather than impose sanctions, the Court will simply require that he pay the fee with any future complaints. It this requirement fails to dissuade Riches from further meritless filings, the Court will impose stiffer requirements and/or sanctions until Riches finds another way to occupy his time.

*See* Case No. 6:07-cv-1504-Orl-31KRS (Jonathan Lee Riches v. Orenthal James Simpson,

Steve Jobs, and Apple Computer, Inc.)

In consideration of the foregoing, the Court orders:

1. That Plaintiff's complaint is dismissed, with prejudice, as it is obviously frivolous pursuant to 28 U.S.C. § 1915A. The Clerk is directed to enter judgment against Riches and to close this case.

2. Jonathan Lee Riches is restricted from filing any civil complaints in this Court without payment of the full $350.00 statutory filing fee. The Clerk is directed to refuse any complaint that is not accompanied by that fee at the time of its attempted filing.

ORDERED at Tampa, Florida, on September 26, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Jonathan Lee Riches